SEP 23 2026 AM 8:57 FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

BRENDEN FLOYD STRICKLAND (02)

No. 5:26-CR-027(02)

# FACTUAL RESUME

In support of Brenden Floyd Strickland's plea of guilty to the offense in Count One of the Superseding Information, Strickland, the defendant; Brandon W. Barnett, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following.

## Elements of the Offense

To prove the offense alleged in Count One of the Superseding Information, charging a violation of 18 U.S.C. § 4, that is, Misprision of a Felony, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That a federal felony was committed, that is, Conspiracy to Transport Stolen Property in Interstate Commerce;

*Second.* That the defendant had knowledge of the commission of the felony;

*Third.* That the defendant failed to notify an authority as soon as possible; and

*Fourth.* That the defendant did an affirmative act, as charged, to conceal the crime.

Mere failure to report a felony is not a crime. The defendant must commit some

[1] Fifth Circuit Pattern Jury Instruction 2.06 (5th Cir. 2024).

affirmative act designed to conceal the fact that a federal felony has been committed.

An "authority" includes a federal judge or some other person in civil or military authority under the United States.

To prove Conspiracy to Transport Stolen Property in Interstate Commerce, a violation of Title 18, United States Code, Section 371, the government must prove each of the following elements beyond a reasonable doubt:[2]

*First.* That the defendant and at least one other person agreed to commit the crime of Transportation of Stolen Property in Interstate Commerce;

*Second.* That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third.* That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the Indictment, in order to accomplish some object or purpose of the conspiracy.

A "conspiracy" is an agreement between two or more persons to join together to accomplish some unlawful purpose. It is a kind of "partnership in crime" in which each member of the conspiracy becomes the agent of every other member.

The overt act need not be of a criminal nature so long as it is done in furtherance of the conspiracy.

One may become a member of a conspiracy without knowing all the details of the unlawful scheme or the identities of all the other alleged conspirators. If a defendant understands the unlawful nature of a plan or scheme and knowingly and intentionally joins in that plan or scheme on one occasion, that is sufficient to convict him or her for

[2] Fifth Circuit Pattern Jury Instruction § 2.15A (5th Cir. 2024).

conspiracy even though the defendant had not participated before and even though the defendant played only a minor part.

The government does not need to prove that the alleged conspirators entered into any formal agreement, or that they directly stated between themselves all the details of the scheme. Likewise, the government does not need to prove that all of the details of the scheme alleged in the indictment were actually agreed upon or carried out. Nor must it prove that all of the persons alleged to have been members of the conspiracy were such, or that the alleged conspirators actually succeeded in accomplishing their unlawful objectives.

Mere presence at the scene of an event, even with knowledge that a crime is being committed, or the mere fact that certain persons may have associated with each other, and may have assembled together and discussed common aims and interests, does not necessarily establish proof of the existence of a conspiracy. Also, a person who has no knowledge of a conspiracy, but who happens to act in a way which advances some purpose of a conspiracy, does not thereby become a conspirator.

To prove a violation of 18, United States Code, Section 2314, that is, Interstate Transportation of Stolen Property, the government must prove each of the following elements beyond a reasonable doubt:[3]

*First.* That a defendant transported or caused to be transported in interstate or foreign commerce items of stolen property as described in the Indictment.

*Second.* That at the time of such transportation, the defendant knew that the property had been stolen, converted, and taken by fraud; and

*Third.* That the property had a value of $5,000 or more.

Knowledge or reasonable foreseeability of interstate or foreign transport is not required to convict. It is enough if the defendant set in motion a series of events which in the normal course led to the transportation.

"Property" means goods, wares, merchandise, securities, or money.

---

[3] Fifth Circuit Pattern Jury Instruction 2.89 (5th Cir. 2024).

The word "stolen" means all wrongful and dishonest taking of property with the intent to deprive the owner of the rights and benefits of ownership, temporarily or permanently.

The phrase "taken by fraud" means to deceive or cheat someone out of property by means of false or fraudulent pretenses, representations or promises.

The word "value" means the face, par, or market value, whichever is the greatest and the aggregate value of all goods, wares, and merchandise, securities, and money referred to in a single indictment shall constitute the value thereof.

## Stipulated Facts

1. Brenden Floyd Strickland admits and agrees that beginning on or about an unknown date and continuing until on or about April 8, 2026, in the Lubbock Division of the Northern District of Texas, and elsewhere, he, having knowledge of the commission of a felony, that is, Conspiracy to Transport Stolen Property in Interstate Commerce, a violation of Title 18, United States Code, Section 371, failed to notify an authority as soon as possible and did an affirmative act to conceal the crime, that is, he communicated with co-conspirators regarding the delivery of stolen crude oil and made payments to haulers for the stolen crude oil, which concealed Louis George Edgett's role in the conspiracy. In violation of Title 18, United States Code, Section 4.

2. The Permian Basin, a vast sedimentary shale basin located in West Texas and Southeastern New Mexico, currently produces an estimated 14 million barrels of oil per day. According to the U.S. Energy Information Administration, ten counties in the Permian Basin account for 93% of U.S. oil production growth since 2020. The region encompassing Lea and Eddy Counties, the situs for much of the oil theft in this case, accounted for much of the increase in production between 2020 and 2024. West Texas

Intermediate ("WTI") is the benchmark used to price crude oil in the Permian Basin and much of the United States.

3. Louis George Edgett conducted business on at least four properties in and near Eddy and Lea Counties in New Mexico. Edgett and a relative known to the grand jury leased one of the properties, the "Government E #001," from the United States of America, and Edgett leased the "Keohane B Federal #2 and #3" from the United States of America. He leased the "Sarah Sue #002 and #003" from the State of New Mexico. Edgett also leased property on Maddox Road at and near Highway 62 in Eastern New Mexico from a private individual. Edgett maintained frac and oil tanks on the properties.

4. Brenden Floyd Strickland is related to Edgett. He quit his college studies in or about the spring of 2023 to help Edgett. Strickland was the primary facilitator of the loading and unloading of stolen oil at Edgett's three sites in Lea County while he worked for Edgett. As Reidco Enterprises picked up oil from Edgett's tanks, Strickland would direct the oil hauler thieves to tanks with room for stolen oil. When those tanks filled up, Strickland would let Reidco know where it needed a pickup of the stolen oil. Strickland was personally paying many of the drivers directly with cash—most often $10 to $15 per barrel. Text messages showed him directing haulers to meet him at certain locations to pay them or he would let them know their money was "in the box."

5. Strickland was also involved in recruiting haulers to steal oil. He told one of the haulers, that if he could "get other guys," he would pay that hauler for those "loads" too.

6. Text showing Strickland coordinating loads:

From: +15756314823 Brenden Strickland
To: +15756313387 Louis (owner)

Howdy howdy, just wanted to check in and let y'a know we were thankful to see Chris today, but even after what he hauled we are running out of space quick.

We have 16 loads ready to go

Frac Tank 1 (806): 1 Load
Frac Tank 2 (669):
Frac Tank 3 (43): 1 Load
Tank #1: 2 Loads
Tank #2: 2 Loads
Tank #3: 2 Loads
Tank #4: 2 Loads
Fiberglass #1: 2 Loads
Fiberglass #2: 1 Load
Fiberglass #3: 1 Load
Fiberglass #4: 1 Load
Fiberglass #5: 1 Load

We really appreciate you guys!!

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756313387 Louis | | 1/30/2024 5:30:57 PM(UTC-7) | |

Status: Read

Platform:

1/30/2024 5:28:28 PM(UTC-7)

7. On July 10, 2024, a BLM agent, along with an Eddy County Sheriff's deputy and a BLM petroleum engineer, drove to the Government E. They found a total of 20 tanks containing crude oil, however, Edgett was supposed to be operating a Saltwater Disposal (SWD). An SWD is in the business of receiving water and not oil. Although SWDs may receive small amounts of oil (skim oil) in the water they receive, the "skim" is usually 1- 2% of the entire load. Electricity is critical to SWD processes, but there was no electricity on site. Law enforcement observed only dark petroleum in the tanks. There were no water tanks.

8. Both Edgett and Strickland came to the site. They admitted to buying crude oil with cash and claimed they kept records at their office in Hobbs. Local detectives obtained search warrants for Edgett's and Strickland's cell phones and their office. The detectives did not find physical or electronic evidence at the office but did find a few handwritten ledgers. Strickland stopped working with Edgett shortly after their encounter with law enforcement.

9. Sample text between Gonzalez (hauler) and Strickland:

| | | |
|---|---|---|
| 07/03/2023 09:47:55 AM (UTC-6) | Is it right at 800 bbls for last month? | Brenden Strickland <+15756314823> |
| 07/03/2023 09:48:22 AM (UTC-6) | | +15754415436 820<+15754415436> |
| 07/03/2023 09:48:41 AM (UTC-6) | Bet | Brenden Strickland <+15756314823> |

10. According to one hauler who cooperated with the Government, Strickland knew where the oil was coming from—he knew it was coming from a booster (the Phillips 66 gas booster). That hauler estimated he stole oil two to three times a week and thought he took 100 loads to Edgett and Strickland. That hauler said that Strickland usually paid him $10 per barrel.

11. Sample texts between Strickland and Diana Rojo:

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

Morning Brendon do u have room for a load

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | | |

**Platform:**
**Service Identifier:** com.apple.MobileSMS

7/9/2024 5:30:56 AM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Yes ma'am i do!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | | | |

**Platform:**
**Service Identifier:** com.apple.MobileSMS

7/9/2024 5:43:05 AM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

How much oil do I currently owe you for?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 9/14/2023 9:08:45 AM(UTC-6) | | |

**Status:** Sent

**Platform:**

9/14/2023 9:08:44 AM(UTC-6)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

260

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 9/14/2023 9:09:13 AM(UTC-6) | |

**Status:** Read

**Platform:**

9/14/2023 9:09:11 AM(UTC-6)

From: +15759424459
To: +15756314823 (owner)

Morning Brendon hubby is taking a full load we're do u need it

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15756314823 | | 11/24/2023 6:17:32 AM(UTC-7) | |

**Status:** Read
**Platform:**

11/24/2023 5:57:10 AM(UTC-7)

From: +15756314823 (owner)
To: +15759424459

Oooooo yeaaaa! We can go into the 500's into oil tank #1

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15759424459 | 11/24/2023 6:18:02 AM(UTC-7) | | |

**Status:** Sent
**Platform:**

11/24/2023 6:18:01 AM(UTC-7)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

He's got about 60 Bbls mr brendon

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15756314823 Brenden | | 5/23/2023 2:47:22 PM(UTC-6) | |

**Status:** Read
**Platform:**

5/23/2023 1:03:55 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Awesome. Where would you like me to bring the money?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 5/23/2023 2:47:42 PM(UTC-6) | | |

**Status:** Sent
**Platform:**

5/23/2023 2:47:41 PM(UTC-6)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

290 bbls

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 9/27/2023 1:33:14 PM(UTC-6) | |

**Status:** Read
**Platform:**

9/27/2023 1:09:43 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Awesome. Where can I bring you some money to inna little?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 9/27/2023 1:33:46 PM(UTC-6) | | |

**Status:** Sent

**Platform:**

9/27/2023 1:33:45 PM(UTC-6)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

Hi Mr Brendon hubby has 50 bbls u have room and we're do u need it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 1/12/2024 12:25:49 PM(UTC-7) | |

**Status:** Read

**Platform:**

1/12/2024 12:17:16 PM(UTC-7)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Woooohooooooo! Yes ma'am I have room. We need to go into the fiberglass tanks, it will be tank #1.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 1/12/2024 12:27:38 PM(UTC-7) | | |

**Status:** Sent

**Platform:**

1/12/2024 12:27:37 PM(UTC-7)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Good evening ma'am, could you send me what all I owe you guys so I can bring ya some money tonight or tmrw?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 1/14/2024 5:05:28 PM(UTC-7) | | |

**Status:** Sent

**Platform:**

1/14/2024 5:05:27 PM(UTC-7)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

5 loads lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 1/16/2024 3:44:28 PM(UTC-7) | |

**Status:** Read

**Platform:**

1/16/2024 3:39:30 PM(UTC-7)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Awesome. Can I bring you money tomorrow morning?

**Priority**: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 1/16/2024 3:45:33 PM(UTC-7) | | |

**Status**: Sent
**Platform**:

1/16/2024 3:45:28 PM(UTC-7)

12. Miguel Soto was also stealing oil and unloading it in Edgett's tanks in exchange for cash. The cash was exchanged in person. Directly below is a photo from Strickland's phone showing that Strickland paid Soto $15 per barrel in January 2023. WTI for January 2023 was an average of $78.12 per barrel:




13. May 2024 when oil was trading at a monthly average of $80.02:




14. Strickland admits and agrees that he and Edgett purchased the stolen crude oil at prices substantially below the prevailing WTI market pricing, a fact that is indicative of their knowledge that the oil was stolen. Below is text string showing

Strickland negotiating with Diana Rojo:

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

Sorry I was trying to pay so hubby was asking if yall would go up a little on oil cause the pumper wants to take it somewhere else

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 6/24/2024 8:57:11 PM(UTC-6) | |

**Status:** Read
**Platform:**

6/24/2024 8:54:13 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

I gotcha. What are they paying there tho?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 6/24/2024 9:00:39 PM(UTC-6) | | |

**Status:** Sent
**Platform:**

6/24/2024 9:00:38 PM(UTC-6)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

I think he had said 18

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 6/24/2024 9:08:20 PM(UTC -6) | |

**Status:** Read
**Platform:**

6/24/2024 9:02:01 PM(UTC-6)

15. Strickland admits that a federal felony was committed, that is, Conspiracy to Transport Stolen Property in Interstate Commerce, a violation of 18 U.S.C. § 371. He further admits and agrees that he knew of the felony and failed to notify an authority as soon as possible and, further, that he took an affirmative step to conceal the crime, that is, he communicated with co-conspirators regarding the delivery of stolen crude oil and made payments to haulers for the stolen crude oil, which concealed Louis George Edgett's role in the conspiracy.

16. Strickland admits and agrees that she committed all the essential elements of Count One of the Superseding Information. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support Strickland's plea of guilty to Count One.

AGREED TO AND STIPULATED on this 23rd day of September, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

BRENDEN FLOYD STRICKLAND
Defendant

JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7351
Facsimile: 806-472-7394
E-mail: jeffrey.haag@usdoj.gov

BRANDON W. BARNETT
Attorney for Defendant